# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN LOPEZ-SALINAS, | CV F 05-00306 AWI SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | [Doc. 5] |
| R.D. ANDREWS, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition on March 3, 2005. On May 20, 2005, the Court issued Findings and Recommendations recommending that the petition be dismissed as the claims were not cognizable under § 2241.[1] Petitioner filed objections to the Findings and Recommendations on June 7, 2005.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis. In his objections, Petitioner contends that because he is challenging the Bureau of Prisons policy regarding the disparate treatment of aliens, the petition is cognizable pursuant to § 2241. Petitioner is

---

[1] Specifically, the Court found that Petitioner's claim should be more properly raised in a motion pursuant to § 2255.

1

mistaken. In McLean v. Crabtree, 173 F.3d 1176, 1183-84, 1185-86 (9th Cir.1999), *cert. denied*, 120 S.Ct. 814 (2000), the Ninth Circuit unequivocally held that the denial of such benefits to deportable aliens pursuant to immigration detainers does not violate the Constitution as this exclusion is "rationally related to the BOP's legitimate interest in preventing prisoners from fleeing detainers while participating in community treatment programs." Id. at 1186 (holding that the Bureau of Prisons did not violate the defendants' statutory and constitutional rights when it denied their requests for an 18 U.S.C. §3621(e)(2)(B) sentence reduction on the basis of an Immigration and Naturalization Service detainer lodged against them). Accordingly, Petitioner's claim of an illegal sentence based on disparate treatment fails.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 20, 2005, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED; and
3. The Clerk of the Court is DIRECTED to enter judgment, terminating this action in its entirety.

IT IS SO ORDERED.

**Dated:   August 12, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE